FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 AUG 26  AM 10: 12

DISTRICT OF UTAH

David L. Miller, Bar No. 3736
Chapter 7 Trustee
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

JASON COLE FAIRCHILD
JENNIFER LYNN FAIRCHILD,
  Debtor(s)

Bankruptcy No. 05-37619
(Chapter 7)
Judge Judith A. Boulden

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

✔ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

___ B  The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 107 | Associated Adjustment Bureau<br>PO Box 18749<br>Kearns, UT 84118 | $40.42 |

A check in the amount of $40.42 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: July 28, 2009

DAVID L. MILLER
Chapter 7 Trustee